UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2024-50
CASE NO. 20-MC-21879

IN RE: ELLIOT ARI KOZOLCHYK
FLORIDA BAR # 74791
_____/

FILED BY ____tah____ D.C.

Jul 9, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER

On June 4, 2024, following a regularly scheduled Judges' Meeting, the Court adopted the Ad Hoc Committee on Attorney Admissions, Peer Review, and Attorney Grievance's Final Supplemental Report and Recommendation regarding attorney Elliot Ari Kozolchyk. (*See* Administrative Order 2024-40 [ECF No. 20]). The Order directed that:

> Mr. Kozolchyk is to be publicly reprimanded for his repeated failures to comply with the Court's October 28, 2022 Order. Mr. Kozolchyk shall appear before the Chief Judge on a date and time set by the Court to receive the reprimand.

(*Id*. ¶ 1).

The public reprimand relates to Mr. Kozolchyk's repeated failures to comply with the following requirement of the Court's October 29, 2022 Order:

> For a period of 12 months from entry of this Order, Mr. Kozolchyk must self-report to the Committee within 72 business hours of the entry of any order or court filing by opposing counsel alleging, describing, or relating to any problematic or unprofessional conduct by Mr. Kozolchyk.

(Administrative Order 2022-94 ¶ 2 [ECF No. 12]).

Given this background,

**IT IS ORDERED** that Mr. Kozolchyk shall appear before the undersigned on Tuesday,

**August 20, 2024** at **8:30 a.m.** in Courtroom 13-3 to receive a public reprimand.

      **DONE AND ORDERED** in Miami, Florida, this 9th day of July, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished as follows:
c:    All South Florida Eleventh Circuit Court of Appeals Judges
      All Southern District of Florida District Judges, Bankruptcy Judges, and Magistrate Judges
      United States Attorney
      Circuit Executive
      Federal Public Defender
      Clerks of Court – District, Bankruptcy, and Eleventh Circuit
      Florida Bar and National Lawyer Regulatory Data Bank
      Library
      William C. Hearon, Chair, Ad Hoc Committee on Attorney Admissions, Peer Review,
          and Attorney Grievance
      David B. Rothman, counsel for Elliot Ari Kozolchyk
      Elliot Ari Kozolchyk